UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZANITA MCKINNEY,<br>*Plaintiff* : | CIVIL ACTION NO.<br>3:02CV1206 (AVC) |
| v. : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL SERVICES :<br>*Defendant* : | October 20, 2003 |

## MOTION FOR ENLARGEMENT OF TIME
## AND MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 6(b), Fed R. Civ P., the defendant in the above-entitled matter respectfully requests the Court for modification of the existing Scheduling Order to extend the deadline for completing discovery and for filing of dispositive motions sixty (60) days respectively from the dates set forth in the existing Scheduling Order. In support of this Motion, the undersigned represents as follows:

1. By margin order, dated May 5, 2003, (Doc. No.14), the scheduling order was revised and the deadline for filing dispositive motions extended to October 5, 2003.

2. On July 23, 2003, the undersigned received a fax from the Trustees for the plaintiff's counsel, Joseph A. Moniz, stating that Attorney Moniz would be unavailable for the practice of law from July 18, 2003 until November 18, 2003 and requested my consent to a continuance of all proceedings in the above-entitled matter until December 1, 2003, when Attorney Moniz is expected to return to the practice of law. I contacted John Rose, Jr., one of the listed Trustees, by phone and stated my agreement.

3. The plaintiff through one of the Trustees for Attorney Moniz made a representation in a fax dated July 23, 2003 (see attached) to the undersigned that they would file

with the Court an appropriate motion indicating the undersigned's concurrence with their request to the delay in the above-captioned matter.

4. A check of the Court's docket sheet shows no such pleading, as indicated, was filed.

5. The undersigned was before Judge Robert E. Beach Jr., at a 2½-week jury trial in Hartford Superior Court from September 30, 2003 until October 17, 2003 that dominated the majority of defendant counsel's time during that span.

5. On October 9, 2003, the undersigned received a Pretrial Order setting November 6, 2003 (Doc. No. 15) for submission of a joint trial memorandum.

6. The defendant through counsel represents that there are no material facts in the above-captioned matter and is desirous of taking the deposition of the plaintiff and filing a dispositive motion.

7. The defendant is aggrieved by the lack of the agreed upon document filed by the Trustees of Attorney Moniz and request leave of the Court to request a modification of the Scheduling Order and cancellation of the Pre-Trial Order until such time that the Court rules on defendant's Motion for Summary Judgment.

8. The defendant respectfully requests a modification of the Scheduling Order of sixty days, extending the deadline for discovery to December 5, 2003 and for filing of dispositive motions to January 20, 2004.

9. This is defendant's first request for modification of the Scheduling Order.

10. Pursuant to Local Rule 7(b), the undersigned has contacted a Trustee for Attorney Moniz, John Rose, Esq., and he has no objection to this motion.

WHEREFORE, the defendant respectfully requests the cancellation of the Pre-Trial Order and a modification of the Scheduling Order, resetting the discovery deadline to December 5, 2003 and for filing dispositive motions to January 20, 2004.

DEFENDANT
STATE OF CONNECTICUT
DEPARTMENT OF SOCIAL SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. 22430
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
Eleanor.Mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Enlargement of Time and Modification of the Scheduling Order was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of October, , 2003, first class postage prepaid to:

John Rose, Esq.
Levy & Droney, PC
74 Patterson Park Road
Farmington, CT 06032
Trustee for Attorney Joseph Moniz

_____
Eleanor May Mullen
Assistant Attorney General

4

FAX #: 860 808-5385

July 23, 2003

Re: ZANTIA MCKINNEY

Vs.

STATE OF CONNECTICUT,
DEPARTMENT OF SOCIAL SERVICES

Dear Attorney Mullen:

Attorney Joseph A. Moniz will be away from his office and unavailable for the practice of law from July 18, 2003 until November 18, 2003. During his absence, a group of lawyers will serve as "Trustees" to assure the status of cases for which Attorney Moniz is primarily responsible. The Trustees have no authority to act as counsel in lieu of Attorney Moniz. Therefore, the Trustees seek your assistance and cooperation for this period of time.

The purpose of this letter is to request that you agree to a continuance of all proceedings in this matter until on or after December 1, 2003, when Attorney Moniz is expected to return to the practice of law. If you agree, the Trustees will file with the Court the appropriate motion and will indicate your concurrence.

If you agree to the continuance, please date and sign in the space below marked "Accepted/Date" and fax the letter to me at (203) 582-3244 on or before July 25, 2003.

Thank you for you cooperation.

Sincerely yours,

Attorney Marilyn Ford

_____
Accepted/Date

# TRUSTEES FOR THE LAW OFFICE OF ATTORNEY JOSEPH A. MONIZ

Marilyn Ford, Professor of Law
Juris No. 304241
Quinnipiac University School of Law
275 Mount Carmel Avenue
Hamden, CT 06518
203 582 3258
e-mail: marilyn.ford@quinnipiac.edu

John C. Britain, Professor of Law
Juris No. 101153
Thurgood Marshall School of Law
Texas Southern University
3100 Cleburne Avenue
Houston, TX 77004
713 313 1300
e-mail: jbrittain@tsulaw.edu

John Rose, Jr., Attorney at Law
Juris No. 62938
Levy & Droney P.C.
74 Patterson Park Road
Farmington, CT 06032
860 676 3115
e-mail: jrose@ldlaw.com

Robert Simpson, Attorney at Law
Juris No. 409048
Shipman and Goodwin
One American Row
Hartford, CT 06103-2819
860 251 5515
e-mail: rsimpson@goodwin.com