

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ZANITA MCKINNEY, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV1206 (AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| *Defendant* | : | October 20, 2003 |

## MOTION FOR ENLARGEMENT OF TIME
## AND MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 6(b), Fed R. Civ P., the defendant in the above-entitled matter respectfully requests the Court for modification of the existing Scheduling Order to extend the deadline for completing discovery and for filing of dispositive motions sixty (60) days respectively from the dates set forth in the existing Scheduling Order. In support of this Motion, the undersigned represents as follows:

1.     By margin order, dated May 5, 2003, (Doc. No.14), the scheduling order was revised and the deadline for filing dispositive motions extended to October 5, 2003.

2.     On July 23, 2003, the undersigned received a fax from the Trustees for the plaintiff's counsel, Joseph A. Moniz, stating that Attorney Moniz would be unavailable for the practice of law from July 18, 2003 until November 18, 2003 and requested my consent to a continuance of all proceedings in the above-entitled matter until December 1, 2003, when Attorney Moniz is expected to return to the practice of law.  I contacted John Rose, Jr., one of the listed Trustees, by phone and stated my agreement.

3.     The plaintiff through one of the Trustees for Attorney Moniz made a representation in a fax dated July 23, 2003 (see attached) to the undersigned that they would file

October 23, 2003. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.