UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZANTIA McKINNEY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV1206(AVC) |
| | : | |
| Vs. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| Defendant | : | NOVEMBER 25, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., the Plaintiff in the above-entitled matter respectfully requests the court for modification of the Scheduling Order which by margin order dated October 23, 2003 revised the deadline for discovery to December 5, 2003 and for filing of dispositive motions to January 20, 2004. The Plaintiff hereby requests an extension of time of sixty (60) days to February 5, 2004 for the discovery deadline and to March 20, 2004 for the filing of dispositive motions. In support of said Motion, the undersigned represents as follows:

1. Due to extenuating circumstances, the undersigned was unavailable from July 17, 2003 to November 17, 2004;

2. Plaintiff is presently in law school and is in the process of studying for exams which will take place during the first weeks of December, 2003 and will be unavailable until

after December 26, 2003 for her deposition.

3. The undersigned would also like to depose certain personnel in the Department of Social Services and will need this additional time due to the Thanksgiving and Christmas holidays.

Undersigned counsel states that he has consulted with Eleanor May Mullen, Esq., counsel for the defendant, who has no objection to this extension and revised Scheduling Order. This is Plaintiff's first request for an extension of time in which to revise the Scheduling Order. Plaintiff also certifies that this matter has not been assigned for trial.

PLAINTIFF

By_____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Eleanor May Mullen (ct22430)
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120
Tel. (860) 808-5340
Fax. (860) 808-5385

                                                       _____
                                                       Joseph A. Moniz

MONIZ, COOPER & MCCANN, LLP • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS NO. 418370