# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZANTIA McKINNEY  :  | CIVIL ACTION NO. |
| Plaintiff  :  | 3:02CV1206(AVC) |
| :  | |
| Vs.  :  | |
| :  | |
| STATE OF CONNECTICUT,  :  | |
| DEPARTMENT OF SOCIAL SERVICES  :  | |
| Defendant  :  | NOVEMBER 25, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., the Plaintiff in the above-entitled matter respectfully requests the court for modification of the Scheduling Order which by margin order dated October 23, 2003 revised the deadline for discovery to December 5, 2003 and for filing of dispositive motions to January 20, 2004. The Plaintiff hereby requests an extension of time of sixty (60) days to February 5, 2004 for the discovery deadline and to March 20, 2004 for the filing of dispositive motions. In support of said Motion, the undersigned represents as follows:

```
3:02CV1206(AVC). December 3, 2003. The motion for extension of
time (document no. 18) is GRANTED as follows: (1) All discovery,
including depositions of all witnesses, shall be completed by
February 5, 2004; (2) all motions, except motions in limine
incident to a trial, shall be filed on or before March 20, 2004;
(3) the parties shall file a joint trial memorandum in accordance
with the pretrial order, which order shall accompany the jury
selection calendar, and be sent to the parties on April 20, 2004;
and (4) the case shall be ready for trial by May 20, 2004.
SO ORDERED.
                        _____
                        Alfred V. Covello, U.S.D.J.
```

100 ALLYN STREET • HARTFORD, CT