FILED

2004 FEB -5, A 10: 49

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZANTIA McKINNEY | CIVIL ACTION NO. |
| Plaintiff | 3:02CV1206(AVC) |
| Vs. | |
| STATE OF CONNECTICUT, | |
| DEPARTMENT OF SOCIAL SERVICES | |
| Defendant | FEBRUARY 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., the Plaintiff in the above-entitled matter respectfully requests the court for modification of the Scheduling Order which by margin order dated December 3, 2003 revised the deadline for discovery to February 5, 2004 and for filing of dispositive motions to March 20, 2004. The Plaintiff hereby requests an extension of time of thirty (30) days to March 5, 2004 to complete previously-scheduled depositions for the reason that the undersigned is the only practicing attorney in this office and a temporary suspension of his right to practice went into effect in December, 2003 and should be lifted in the near future.

Undersigned counsel states that he has consulted with Eleanor May Mullen, Esq., counsel for the defendant, who objects to this extension.

This is Plaintiff's second request for an extension of time in which to revise the

Scheduling Order. Plaintiff also certifies that this matter has not been assigned for trial.

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile and mailed, postage prepaid, this date to:

Eleanor May Mullen (ct22430)
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120
Tel. (860) 808-5340
Fax. (860) 808-5385

_____
Joseph A. Moniz