02CV1206mtnxtnd

FILED

2004 FEB -5, A 10: 49

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZANTIA McKINNEY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV1206(AVC) |
| Vs. | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| Defendant | : | FEBRUARY 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., the Plaintiff in the above-entitled matter respectfully requests the court for modification of the Scheduling Order which by margin order dated December 3, 2003 revised the deadline for discovery to February 5, 2004 and for filing of dispositive motions to March 20, 2004. The Plaintiff hereby requests an extension of time of thirty (30) days to March 5, 2004 to complete previously-scheduled depositions for the reason that the undersigned is the only practicing attorney in this office and a temporary suspension of his right to practice went into effect in December, 2003 and should be lifted in the near future.

Undersigned counsel states that he has consulted with Eleanor May Mullen, Esq., counsel for the defendant, who objects to this extension.

```
3:02CV1206(AVC).  February 10, 2004.  The motion for extension of
time (document no. 23) is GRANTED as follows:(1) All discovery,
including depositions of all witnesses, shall be completed by
March 5, 2004; (2) all motions, except motions in limine incident
to a trial, shall be filed on or before April 20, 2004; (3) the
parties shall file a joint trial memorandum in accordance with
the pretrial order, which order shall accompany the jury
selection calendar, and be sent to the parties on May 20, 2004;
and (4) the case shall be ready for trial by June 20, 2004.
SO ORDERED.
```

Alfred V. Covello, U.S.D.J.