**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ZANTIA MCKINNEY, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV1206(AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| *Defendant* | : | February 20, 2004 |

**DEFENDANT'S RESPONSE TO OBJECTION TO NOTICE OF CONTINUED DEPOSITION**

The Federal Rules of Civil Procedure set forth no requirement for any statement of continued deposition. The only limitation set forth in Rule 30(d) relates to the duration of the deposition; namely a seven hour limitation  In this case, plaintiff's deposition on January 16, 2004, lasted two hours and twenty two minutes. Defendant has continued plaintiff's deposition on the grounds of continuing discovery to address additional issues arising during the course of discovery; the deadline for discovery in this case having been extended to March 2, 2004. (Doc. #46). Defendant has not requested leave of the Court pursuant to Rule 30 to take the deposition of the plaintiff because the deposition on January 16, 2003 did not exceed the seven hour limitation.

Plaintiff argues hardship in having to miss work but has only spent two hours and twenty two minutes to date in giving her deposition which hardly amounts to hardship.

Finally, plaintiff's counsel never contacted defendant's counsel to state his objection to the continued deposition, thereby not complying with the general rules of discovery requiring a good faith effort to resolve discovery disputes.

Accordingly, defendant respectfully requests that plaintiff's objection be denied.

                DEFENDANT
                STATE OF COONECTICUT
                DEPARTMENT OF SOCIAL
                SERVICES

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: *[signature]*
                Eleanor May Mullen
                Assistant Attorney General
                Federal Bar No. 22430
                55 Elm Street
                P.O. Box 120
                Hartford, CT  06141-0120
                Tel: (860) 808-5340
                Fax: (860) 808-5385
                E-Mail Address: eleanor.mullen
                @po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant's Response To Objection To Notice Of Continued Deposition was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of February, 2004, first class postage prepaid to:

Joseph A. Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn St.
Hartford, CT 06103

*[signature]*
Eleanor May Mullen
Assistant Attorney General