

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZANTIA McKINNEY : | CIVIL ACTION NO. |
| Plaintiff : | 3:02CV1206(AVC) |
| : | |
| Vs. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF SOCIAL SERVICES : | |
| Defendant : | FEBRUARY 18, 2004 |

### MOTION FOR PROTECTIVE ORDER RE: NOTICE OF CONTINUED DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Plaintiff respectfully requests that the Court enter a protective order regarding the Notice of Continued Deposition of the Plaintiff for the reason that the Plaintiff had previously been deposed on January 16, 2004 and subjected to complete questioning without disruption or any indication by either party that the deposition needed to be continued. In order for the Plaintiff to be deposed on February 27, 2004, it would require her having to miss work and create a hardship for her for that and other reasons. Additionally, pursuant to Rule 30, by which this deposition was noticed, the defendant is required to seek the court's permission in order to take this deposition since the Plaintiff had been deposed on a previous occasion. Finally, the defendant mischaracterized this as a "continued deposition" when, in fact, the initial deposition

was completed as noted above without indication by either party that it would have to be continued to another date. The defendant does not have a right to get a "second bite of the apple" under the Rules.

For the foregoing reasons, the Plaintiff respectfully requests that the Court grant her request.

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile this date to:

Eleanor May Mullen (ct22430)
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120
Tel. (860) 808-5340
Fax. (860) 808-5385

_____
Joseph A. Moniz