FILED

2004 FEB 24 A 11:33

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

Y : CIVIL ACTION NO.
: 3:02CV1206(AVC)
:
:
:TICUT, :
:
SOCIAL SERVICES :
: FEBRUARY 18, 2004

**)TECTIVE ORDER RE: NOTICE OF CONTINUED DEPOSITION**

NOTICE that, pursuant to Rule 26(c) of the Federal Rules of Civil

respectfully requests that the Court enter a protective order regarding the

:position of the Plaintiff for the reason that the Plaintiff had previously

y 16, 2004 and subjected to complete questioning without disruption or

party that the deposition needed to be continued. In order for the

on February 27, 2004, it would require her having to miss work and

for that and other reasons. Additionally, pursuant to Rule 30, by which

d, the defendant is required to seek the court's permission in order to

the Plaintiff had been deposed on a previous occasion. Finally, the

d this as a "continued deposition" when, in fact, the initial deposition

March 1, 2004: The motion for protective order (document no. 26) is DENIED without prejudice to its refiling in accordance with D. Conn. L. Civ. R. P. 37(b), which requires that the motion papers be accompanied by an "affidavit certifying that [the movant] has conferred with counsel for the opposing party in an effort in good faith to resolve by agreement the issues raised in the motion."

SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2004 MAR 3 A 11:32
U.S. DISTRICT COURT
HARTFORD, CT.

ONIZ, COOPER & MCCANN, LLP • ATTORNEYS AT LAW
FORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS NO. 418370