UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ZANTIA McKINNEY

    v.                          CASE NO. 3:02CV01206(AVC)

STATE OF CONNECTICUT,
DEPARTMENT OF SOCIAL SERVICES

## JUDGMENT

Counsel of record having reported to the Court on March 29, 2004 that the above-entitled case had been settled, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any of the parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 6th day of May, 2004.

                                              KEVIN F. ROWE, CLERK


                                    By   /s/ JW
                                                  Jo-Ann Walker
                                                  Deputy Clerk

EOD: